# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 17-cr-00121-03** |
| **VERSUS** | : | **JUDGE WALTER** |
| **SARAH PAXTON** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #95], and in the transcript previously filed herein, [Doc. #97] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #89], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **SARAH PAXTON** on March 13, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 16th day of March, 2018.

_____
**DONALD E. WALTER**