# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:17-CR-00121-03** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SARAH PAXTON (03)** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

Before the court is a Motion for Hardship Credits [doc. 161] filed by defendant Sarah Paxton. Ms. Paxton was sentenced in this court to a ten-year term of imprisonment following her 2018 conviction on one count of interstate kidnapping, a violation of 18 U.S.C. § 1201(a)(1). Docs. 90, 129. She seeks a recalculation of her sentence on the grounds that she has served over one year of that time on lockdown due to COVID-19 protocols in the Bureau of Prisons. Doc. 161.

The government opposes the motion. As it notes, "[a] petitioner seeking credit on his sentence must file a habeas corpus petition pursuant to 28 U.S.C. § 2241."[1] *United States v. Hamilton*, 24 F.3d 239 (5th Cir. 1994). [T]he district of incarceration is the only district that has jurisdiction to entertain a defendant's § 2241 petition." *Lee v. Wetzel*, 244 F.3d 370, 373 (5th Cir. 2001). Ms. Paxton is incarcerated at FCI Aliceville in Pickens County, Alabama. Accordingly, the United States District Court for the Northern District of Alabama is the only court with jurisdiction over her request. The instant motion is hereby

---

[1] The government also notes that a petitioner must exhaust administrative remedies with the BOP before seeking review under § 2241. The court will not address this issue, given its lack of jurisdiction to grant the requested relief.

**DENIED**, without prejudice to Ms. Paxton's right to seek relief in the district where she is incarcerated.

**THUS DONE AND SIGNED** in Chambers on this 14th day of July, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**